388 A.2d 343

COMMONWEALTH of Pennsylvania

v.

Charles TURNER, Appellant.

Superior Court of Pennsylvania.

Submitted Nov. 16, 1976.

Decided April 13, 1978.

Dante G. Bertani, Public Defender, Greensburg, for appellant.

David B. Wasson, Assistant District Attorney, Arnold, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT, and SPAETH, JJ.

PER CURIAM:

The judgment of sentence is vacated and the case is remanded for further proceedings consistent with *Commonwealth v. McCusker,* 245 Pa.Super. 402, 369 A.2d 465 (1976) (Dissenting Opinion by Spaeth, J.,), rev'd —— Pa. —— (No. 2850 Alloc. Dkt., Filed September 21, 1977.)

SPAETH, J., files a concurring opinion in which JACOBS President Judge, and HOFFMAN, J., join as well as their joining in this Opinion Per Curiam.

PRICE, J., files a dissenting opinion.

VAN der VOORT, J., respectfully dissents and would remand this case to the court below for a determination of whether or not appellant knowingly and intelligently waived his right to file post-trial motions. *Commonwealth v. Schroth,* 458 Pa. 233, 328 A.2d 168 (1974); *Commonwealth v. Tate,* 464 Pa. 25, 346 A.2d 1 (1975).

WATKINS, former President Judge, did not participate in the consideration or decision of this case.

SPAETH, Judge, concurring:

This case presents the same issue as *Commonwealth v. Marzik,* 255 Pa.Super. 500, 388 A.2d 340 (1978). I concur for the reasons expressed in my concurring opinion in that case. *See* Pa.R.Crim.P. 1405(c) and 321.

JACOBS, President Judge, and HOFFMAN, J., join in this opinion.

PRICE, Judge, dissenting:

This case presents the same issue as *Commonwealth v. Marzik,* 255 Pa.Super. 500, 388 A.2d 340 (1978). I dissent for the reasons expressed in my dissenting opinion in that case.